**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CASE NO. 1:07CV-62-R**

WILLIAM ALLEN, ET AL.                                                                                        PLAINTIFFS

V.

R.J. CORMAN DERAILMENT
SERVICES, LLC, ET AL.                                                                                          DEFENDANTS

**SCHEDULING ORDER**

A telephonic scheduling conference was held July 26, 2007.

APPEARING BY PHONE:
For the Plaintiff:          Thomas N. Kerrick
For the Defendant:     Norman Elliott Harned

**IT IS ORDERED:**

(1)  Disclosures pursuant to Fed.R.Civ.P. 26 (a)(1) shall be complete by **September 1, 2007.**

(2)  No later than **January 1, 2008** plaintiff shall file all motions to amend pleadings.  No later than **February 1, 2008** defendant shall file all motions to amend pleadings.

(3)  Identify experts in compliance with Fed.R.Civ.P.26(a)(2):
    By plaintiff(s):      **January 1, 2008**
    By defendant(s):   **March 1, 2008**

(4)  No later than **April 1, 2008** the parties shall complete all discovery.   No discovery motion may be filed without having a joint telephonic conference with the Judge arranged through his office (270-415-6430).

(5)  No later than **May 1, 2008** counsel for the parties shall file all dispositive motions and any motions objecting to the admissibility of expert witness testimony under Fed.R.Evid. 702 and *Daubert v. Merrell Dow Pharmaceutical, Inc., 509 U.S. 579(1993), Kumho Tire Co. v. Carmichael, 526 U.S. 137 (1999).*  The party filing the last pleading in response to such motions shall notify the Court by letter to his Paducah Chambers, with copies to opposing counsel, that the motions are ripe for decision.

(6)  The action is scheduled for a **telephonic final pretrial conference on July 11, 2008 at 9:00 a.m. CDT.**  The conference will be held telephonically, with the Court placing the call to counsel.  Attorneys who will be trying the case shall be available with full settlement authority.

(7) At least 14 days before said conference counsel shall:

    a) File a list of exhibits intended to be used at trial.

    b) Produce for inspection of opposing counsel, marked for identification, all exhibits and charts which will be used at trial.

    c) Comply with Fed. R. Civ. Proc. 26(a)(3) as to witnesses and exhibits.

    d) File any motions in limine **(any responses to motions in limine shall be filed within 7 days).**

    e) File a pretrial brief containing a succinct statement of the facts of the case, the questions of facts and questions of law with citations.

    f) Submit agreed proposed jury instructions. If the parties cannot agree, counsel shall submit proposed instructions with supporting authority. If the parties have the capability, the parties should submit both a hard copy <u>and</u> a diskette containing the instructions in either WordPerfect or ASCII format.

    g) Submit proposed jury voir dire questions. The Court shall conduct voir dire.

    h) Designate portions of depositions to be used at trial. Opposing counsel shall have 5 days thereafter to make additional designations.

In the absence of good cause shown, no witness shall be permitted to testify and no exhibit or testimony shall be admitted into evidence, except upon compliance with the conditions of this order.

Any exhibit or chart so submitted and marked for filing at trial shall be admitted into evidence if otherwise competent, unless written objections are filed at or before the pretrial conference.

(8) The action is assigned for trial by jury on the **21st** day of **July, 2008**, at **9:00 a.m.** Counsel shall appear in chambers at 8:30 a.m.

(9) At the commencement of trial, counsel shall furnish to the official court reporter a list of pre-marked exhibits intended for use at the trial.

cc:    Counsel

0 | 10